**Order entered September 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01164-CV

## IN RE GREYHOUND LINES, INC., FIRSTGROUP AMERICA, AND DWAYNE GARRETT, Relator

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05789-C**

## ORDER

Before the Court is the unopposed motion of real parties in interest Ruthie Allen, Stephane Calloway, Robert Claunch, Andre Hudson, Trevor Omer, Joya Ownes, and Killian Torres for an extension of time to file response to relators' petition for writ of mandamus. We **GRANT** the motion. Real parties in interest and respondent shall file their responses to relators' petition for writ of mandamus, if any, on or before October 7, 2014.

/s/ ADA BROWN
   JUSTICE